UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TONYA BALISTERI** | * | **CIVIL ACTION NO. 2:23-4656** |
| *Petitioners* | * | |
| | * | **SECTION: "A"(3)** |
| **VERSUS** | * | **JUDGE JAY ZAINEY** |
| | * | |
| **STATE FARM FIRE AND CASUALTY COMPANY** | * | **MAGISTRATE EVA J. DOSSIER** |
| *Defendant* | * | |
| | * | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing *Joint Stipulation of Dismissal With Prejudice* filed by Plaintiff, Tonya Balesteri, and Defendant, State Farm Fire and Casualty Insurance Company*;*

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all claims and causes of action of Tonya Balisteri and State Farm Fire and Casualty Insurance Company, in this matter be and are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

New Orleans, Louisiana, this __19th__ day of ___September___, 2024.

_____
HON. JAY C. ZAINEY
UNITED STATES DISTRICT COURT JUDGE